B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Lewin, Jon | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-5293 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1145 Hohlfelder Road<br>Glencoe, IL<br>ZIP Code 60022 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Lewin, Jon |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Lewin, Jon |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor  Jon Lewin

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
_____
12/21/11
Date

### Signature of Attorney*

X *Rebecca D. Rosenthal*
Signature of Attorney for Debtor(s)

Rebecca D. Rosenthal, Esq. ARDC #6296457
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050
Telephone Number
12/21/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(c); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Illinois

In re   Jon Lewin _____     Case No. _____

_____ Debtor(s)     Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 194

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  12/21/11 _____     _____
                                      Jon Lewin
                                      Signature of Debtor

2G2B, LLC
c/o Steven Sarbacker - Registered Agent
Cutler & Donahoe LLP
100 N Phillips Ave, PO Box 1400
Sioux Falls, SD 57104-6715


2G2B, LLC
c/o Registered Agent - Steven Sarbacker
Cutler & Donahoe LLP
100 N Phillips Ave, PO Box 1400
Sioux Falls, SD 57101-1400


A & M Services Inc.
P.O. Box 230
Spencer, IA 51301-0230


A B Dick
1430 Tri-View Avenue
Sioux City, IA 51103-5294


A Sweep and a Smile
4317 North Colorado
Sioux Falls, SD 57107-6841


Accurate Die Specialists Inc.
7667 Equitable Drive, Suite 103
Eden Prairie, MN 55344


ADP Inc.
504 Clinton Center Drive, Suite 4400
Clinton, MS 39056


Advertising Arts Inc.
3617 North 1st Avenue
Sioux Falls, SD 57104


Affiliated Credit Services
3055 41st St. NW, Suite 100
Rochester, MN 55901


American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000


American Express Centurion Bank
c/o Zwicker & Associates, P.C.
The Heritage Office Center
7366 N. Lincoln Ave., Suite 404
Lincolnwood, IL 60712


AMERIGAS
959 Highway 59 and 60 S
Worthington, MN 56187-8604


Ann Meyer
514 N. Indiana Avenue
Sioux Falls, SD 57103


API Foils Inc.
329 New Brunswick Avenue
Rahway, NJ 07065


Apollo Playing Cards
3243 South Jones Street
Fort Worth, TX 76110


AT&T
P.O. Box 105068
Atlanta, GA 30348


AT&T Wireless
P.O. Box 6428
Carol Stream, IL 60197


Availability Employment Services
4309 S. Racket Drive
Sioux Falls, SD 57106-2257


Axis Capital
308 N. Locust Street
P.O. Box 2555
Grand Island, NE 68802

B&R Moll
124 Railroad Drive
Warminster, PA 18974

Baete Forseth
4700 N. Northview Avenue
Sioux Falls, SD 57118-4008

Bank of America
P.O. Box 26078
Greensboro, NC 27420

Bank of America
P.O. Box 650070
Dallas, TX 75265-0070

Bank of America
P.O. Box 660807
Dallas, TX 75266-0807

Best Business Products
621 W. Russell Street
P.O. Box 2288
Sioux Falls, SD 57101-2288

Bill Townsend
P.O. Box 5113
Sioux Falls, SD 57117-5113

Bindery Express
7550 Corporate Way
Eden Prairie, MN 55344-2045

Booklet Binding Inc.
2200 Parkes Drive
Broadview, IL 60155

Bunjer Trucking Inc.
805 S. Main Avenue
Colton, SD 57018

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
P.O. Box 6492
Carol Stream, IL 60197

Carlson Craft
P.O. Box 8700
Mankato, MN 56002-8700

Carlton Financial Corporation
1907 E. Wayzata Blvd.
Suite 180
Wayzata, MN 55391

Cartridge World
5013 Louise Lane
Sioux Falls, SD 57108

CDW Direct LLC
200 N. Milwaukee Avenue
Vernon Hills, IL 60061

Central States Wire Products Inc.
871 Edgerton
Saint Paul, MN 55130

Century Link
Business Services
P.O. Box 52187
Phoenix, AZ 85072

Century Link Business Services
P.O. Box 52187
Phoenix, AZ 85072

Cenveo
14001 Inwood Road
Dallas, TX 75244

Chase
PO Box 15153
Wilmington, DE 19886

Chase Visa
PO Box 15153
Wilmington, DE 19886-5153

Chemical Marketing Corp.
9945 Flanders Court N.E.
Blaine, MN 55449-1807

Chicago Glue Machine & Supply Co. Inc.
750 N. Baker Drive
Itasca, IL 60143

Cole Papers Inc.
P.O. Box 2967
Fargo, ND 58108

Color & Coating Services Inc.
5915 S. 118th Circle, Suite 100
Omaha, NE 68137

Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

ComEd
P.O. Box 6111
Carol Stream, IL 60197

Con Way Freight
P.O. Box 982020
North Richland Hills, TX 76182

Converted Images Inc.
365 Criss Circle
Elk Grove Village, IL 60007

Cook County Assessor
County Bldg., Room 320
118 N. Clark St.
Chicago, IL 60602

Corporate Disk Company
P.O. Box 88491
Chicago, IL 60680-1491

Culligan Water Conditioning
1510 West 51st Street
Sioux Falls, SD 57105

Cutler & Donahoe LLP
100 North Phillips Avenue, 9th Floor
Sioux Falls, SD 57104-6725


D&R Bindery Service
136 Peavey Circle
Chaska, MN 55318


Dakota Corrugated Box Co.
P.O. Box 1664
4501 2nd Avenue
Sioux Falls, SD 57101


Dakotacare
2600 West 49th Street
P.O. Box 7406
Sioux Falls, SD 57117-7406


Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Ditek Inc.
2910 West 3rd Street, #4
Sioux Falls, SD 57104


Duffey Paper Co.
528 N. Washington Avenue
Minneapolis, MN 55401-1287


Eastman Kodak Company
3700 Gilmore Way
Burnaby, BC


EFI Inc.
1340 Corporate Center Curve
Eagan, MN 55121


Exact Software North America Inc.
8800 Lyra Drive, Suite 220
Columbus, OH 43240

Express Copy & Printing
3810 S. Western Avenue
Sioux Falls, SD 57105


Fairway Lawn Care & Snow Removal
215 North Cardinal Drive
Brandon, SD 57005


Falls Express Transit
P.O. Box 405
Menomonee Falls, WI 53052-0405


Fastenal Company
1210 E. Benson
Sioux Falls, SD 57104


FBO Garland Converting Corp.
945 Larch Avenue
Elmhurst, IL 60126


FedEx
942 S. Shady Grove Road
Memphis, TN 38120


FedEx ERS
P.O. Box 371741
Pittsburgh, PA 15250-7441


Fey Industries
200 4th Avenue North
Edgerton, MN 56128


Finishbinders, Inc.
1900 Delaware Avenue
Des Moines, IA 50317


GC Services Limited Partnership
Collection Agency Division
PO Box 46960
Saint Louis, MO 63146


General Electric Capital Corporation
Attn Dennis Duffary
10 Riverview
Danbury, CT 06810

Gerry & Kulm Ask, Prof LLC
507 W. 10th Street
P.O. Box 966
Sioux Falls, SD 57101-0966


Get N Go Fleet Program
1001 Service Road East
Hwy 190, Suite 200
Covington, LA 70433


GMAC
P.O. Box 380901
Bloomington, MN 55438-0901


GPA Specialty Substrate Solutions
8740 W. 50th Street
McCook, IL 60525


Great Western Bank
200 E. 10th Street
Sioux Falls, SD 57104


Great Western Bank
100 North Phillips
Sioux Falls, SD 57104


Guarantee Roofing of SD Inc.
220 S. Marion Road
Sioux Falls, SD 57107


Hander Inc. Plumbing & Heating
2407 W. 5th Street
Sioux Falls, SD 57104


Heidelberg USA Inc.
1000 Gutenberg Drive
Kennesaw, GA 30144-7028


Herc u Lift
5655 Hwy 12 W
P.O. Box 69
Maple Plain, MN 55359

Hewlett Packard Financial Services
420 Mountain Avenue
Murray Hill, NJ 07974


Hewlett Packard Financial Services Co.
420 Mountain Avenue
Murray Hill, NJ 07974


Howalt McDowell Insurance Inc.
P.O. Box 5113
Sioux Falls, SD 57117-5113


Howe Heating & Plumbing Inc.
712 E. 3rd Street
Sioux Falls, SD 57103-0801


Hunter Automotive Inc.
1311 E. 54th North
Sioux Falls, SD 57104


IBM Credit, LLC
4111 Northside Parkway
Atlanta, GA 30327


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60604-0338


Illinois Dept. of Employment Security
Bankruptcy Unit Collection Subdivision
33 South State Street, 10th Floor
Chicago, IL 60603


Independent Graphic Services Inc.
1187 W. Hawthorne Lane
West Chicago, IL 60185


Independent Paper Group LLC
807 Hampden Avenue
Saint Paul, MN 55114


Indigo America Inc.
420 Mountain Avenue
Murray Hill, NJ 07974

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604


Interstate Office Products
P.O. Box 908
Sioux Falls, SD 57101-0908


Iowa Department of Revenue
401 S.W. 7th Street, Suite C
Des Moines, IA 50309


Janet Klinkhammer
27309 Prairie Wind Road
Tea, SD 57064


Jason Evans
Department of Revenue and Regulation
445 East Capitol Ave
Pierre, SD 57501-3100


Jewish United Fund
30 S. Wells Street
Chicago, IL 60606-5056


Jim's Pallets
2209 West 5th Street
Sioux Falls, SD 57104


Julie Lewin
1145 Hohlfelder Road
Glencoe, IL 60022


Julie Lewin
1145 Hohlfelder Road
Glencoe, IL 60022-1018


Kansa Technology LLC
3700 Oaks Drive
Emporia, KS 66801


Label Source Inc.
19027 S. Jodi Road, Unit E
Mokena, IL 60448

Laminations Unlimited
1666-68 S. Wolf Road
Wheeling, IL 60090-6516


Lancer Label
P.O. Box 644272
Pittsburgh, PA 15264-4276


Lead Area Chamber of Commerce
160 W. Main Street
Lead, SD 57754


Liberty Envelope Corp.
7550 Corporate Way
Eden Prairie, MN 55344-2045


Lincoln National Life
P.O. Box 0821
Carol Stream, IL 60132-0821


Litho Supply Co.
1441 N. Topping
P.O. Box 33473
Kansas City, MO 64120


M&I Business Credit, LLC
651 Nicollet Mall, Suite 450
Minneapolis, MN 55402


Macs Inc.
P.O. Box 1118
Moorhead, MN 56561


MagnetStreet
285 W. Loop Road
Wheaton, IL 60189


Mallard Ink Company Inc.
2800 Anthony Lane South
Minneapolis, MN 55418


Malloy Electric
809 W. Russell
Sioux Falls, SD 57104-1391

Man Roland Inc.
800 East Oak Hill Drive
Westmont, IL 60559-5522


Master Tag Stringers
27333 Pioneer Road
Wind Lake, WI 53185


Mathison Company
P.O. Box 333
Fargo, ND 58107-0333


McGladrey & Pullen LLP
200 N. Phillips Avenue, Suite 200
Sioux Falls, SD 57104-6058


Mid American Energy
P.O. Box 8020
Davenport, IA 52808-8020


Midland Paper
1860 S.E. Elm Street
Minneapolis, MN 55414


Midwest Marketing LLC
202 E. St. Joseph Street
Rapid City, SD 57701


Milo Belle Consultants, LLC
P.O. Box 433
Parkston, SD 57366


Moberlys Print Shop
804 W. Cherokee
Sioux Falls, SD 57104-0341


Muscle Bound Bindery Inc.
701 Plymouth Avenue North
Minneapolis, MN 55411


Navitor
P.O. Box 927
Waynesboro, PA 17266-0927

Nestor Landscaping
4729 S. Wolcott Avenue
Chicago, IL 60609


New Line Noosh Inc.
1300 Island Drive, Suite 201
Redwood City, CA 94065


Nicoat
1600 Glen Lake Avenue
Itasca, IL 60143


NICOR
45 E. Palatine Road
Prospect Heights, IL 60070


Nordica Warehouses Inc.
P.O. Box 84410
Sioux Falls, SD 57118


Nordstrom
1700 7th Avenue
Suite 300
Seattle, WA 98101


Northstar Computer Forms Inc.
7130 Northland Circle North
Brooklyn Park, MN 55428


O'Connor Company
P.O. Box 86636
Sioux Falls, SD 57118-6636


Packaging Specialties, Inc.
W130 N10751 Washington Drive
Germantown, WI 53022


Patricia E. Rademacher
Coston & Rademacher
105 West Adams
Suite 4100
Chicago, IL 60603

Peel & Stik Adhesive Products Inc.
P.O. Box 727
Lemont, IL 60439


Perfection Type Inc.
1050 33rd Avenue SE
Minneapolis, MN 55414


Pitman Company
2650 2nd Street NE
Minneapolis, MN 55418


Platinum Converting Inc.
851 Expressway Drive
Itasca, IL 60143


POPCO Inc.
5405 Opportunity Court
Minnetonka, MN 55343-9025


Pressense Inc.
13655 Main Street
Lemont, IL 60439-5515


Print Right Printing
308 North Marion Road
Sioux Falls, SD 57107


Printers Service
26 Blanchard Street
Newark, NJ 07105-4702


Printgraphics
P.O. Box 631039
Cincinnati, OH 45263-1039


Provident Life & Accident Insurance Co.
1 Fountain Square
Chattanooga, TN 37402


Qualified Presort Service Inc.
601 E. 54th Street North
Sioux Falls, SD 57104-0640

Qwest
6000 Parkwood Place
Dublin, OH 43016


Qwest Business Solutions
6000 Parkwood Place
Dublin, OH 43016


Riteway Business Forms Inc.
3650 Kent Street
Shoreview, MN 55126-7012


RL Billings & Company
2020 Indian Hills Drive, Suite 100
Sioux City, IA 51104-1609


Robert Breit
606 E. Tan Tara Circle
Sioux Falls, SD 57108


Rohner Engraving
3729 North Ravenswood Drive, Suite 117
Chicago, IL 60613


Rotadyne Inc.
4220 Courtney Road
Franksville, WI 53126


RSM McGladrey, Inc.
200 North Phillips Avenue, Suite 200
Sioux Falls, SD 57104-6058


Sacred Heart Hospital
2251 North Shore Drive
Rhinelander, WI 54501


Schoeneman Bros. Company
4000 South Western Avenue
Sioux Falls, SD 57105


SDN Communications
P.O. Box 1817
Sioux Falls, SD 57101-1817

Shreiner Company
1 Taylor Drive
P.O. Box 347
Killbuck, OH 44637


Sigler Fire Equipment
710 N. Western Avenue
Sioux Falls, SD 57104


Signs Plus Graphics
601 S. Lions Avenue, Suite 300
Sioux Falls, SD 57106


Sioux Equipment
1310 E. 39th Street North
Sioux Falls, SD 57104


Sioux Falls Convention & Visitors Bureau
200 North Phillips Avenue, Suite 102
Sioux Falls, SD 57101-1425


Sioux Falls Utilities
1201 N. Western Avenue
P.O. Box 74
Sioux Falls, SD 57117-7401


Sleepy Eye Industrial Knife
22755 300th Avenue
Sleepy Eye, MN 56085


Smurfit Stone
100 E. Benson Road
Sioux Falls, SD 57104


South Dakota Advertising Federation
P.O. Box 82
Sioux Falls, SD 57101


South Dakota Department of Revenue
445 E. Capital Avenue
Pierre, SD 57501


Specialty Finishing Group
100 Touhy Avenue
Elk Grove Village, IL 60007

Standard Dynamics Inc.
1800 E. Cliff Road, Suite 1
Burnsville, MN 55337


Stericycle
2850 100th Court NE
Blaine, MN 55449


Stern Oil Co.
27923 Highway 81
P.O. Box 218
Freeman, SD 57029


T Brothers Logistics LLC
P.O. Box 89405
Sioux Falls, SD 57109


TCF Equipment Finance
11100 Wayzata Boulevard, Suite 801
Minnetonka, MN 55305


TCF Equipment Finance, Inc.
11100 Wayzata Boulevard, Suite 801
Minnetonka, MN 55305


TD Auto Finance
PO Box 9001921
Louisville, KY 40290-1921


U.S. Environmental Protection Agency
Raichard L. Nagle - Bankruptcy Contact
US EPA Region 5
Mail Code: C-14J
Chicago, IL 60604


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


Unisource
850 N. Arlington Heights Road
Itasca, IL 60143

United Enterprises
10913 E. Circle
Omaha, NE 68137-1223


United Mileage Plus
PO Box 15153
Wilmington, DE 19886-5153


Universal Engraving Inc.
P.O. Box 15090
Lenexa, KS 66285-5090


Update Ltd.
134 Peavey Circle
Chaska, MN 55318


US Paper Counters
138 Elizabeth Terrace
P.O. Box 837
Cairo, NY 12413


Village Utility Service Bill
675 Village Court
Glencoe, IL 60022


Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue, Suite 700
Minneapolis, MN 55402


Wells Fargo Equipment Finance, Inc.
Investors Building
733 Marquette Avenue, Suite 700
Minneapolis, MN 55402


Western States Envelope Co.
P.O. Box 88984
Milwaukee, WI 53288-0984


Willis Inc.
2900 W. Russell Street
Sioux Falls, SD 57107


Xcel Energy
P.O. Box 8
Eau Claire, WI 54702-0008

Xpedx
345 Industrial Boulevard NE
Minneapolis, MN 55413


Zwicker & Associates, P.C.
7366 N. Lincoln Ave., Ste. 404
Lincolnwood, IL 60712