UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Case No. 11-51628 |
| ) | |
| LEWIN, JON ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on July 11, 2012 in Courtroom 744**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  June 11, 2012           By:  /s/ Richard M. Fogel
                                         Trustee


RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LEWIN, JON § Case No. 11-51628
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 12,000.00 |
| **Balance on hand:** | $ 12,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 12,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,950.00 | 0.00 | 1,950.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 32.50 | 0.00 | 32.50 |

Total to be paid for chapter 7 administration expenses: $ 1,982.50
Remaining balance: $ 10,017.50

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,017.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $94,410.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | South Dakota Department of Revenue | 94,410.67 | 0.00 | 10,017.50 |

Total to be paid for priority claims: $ 10,017.50
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,456,010.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Interstate Office Products | 375.12 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 36,279.19 | 0.00 | 0.00 |
| 3 | American Express Centurion Bank | 15,770.20 | 0.00 | 0.00 |
| 4 | Mid American Energy co | 24.65 | 0.00 | 0.00 |
| 5 | Bill Townsend | 7,389.00 | 0.00 | 0.00 |
| 6 | Axix Capital Inc | 27,111.96 | 0.00 | 0.00 |
| 7 | Axix Capital Inc | 27,111.96 | 0.00 | 0.00 |
| 8 | Heidelberg USA Inc. | 7,341.01 | 0.00 | 0.00 |
| 9 | General Electric Capital Corp | 976,164.80 | 0.00 | 0.00 |
| 11 | BB&T Bankruptcy Section | 22,985.50 | 0.00 | 0.00 |
| 12 | Hewlett-Packard Financial Services | 335,456.83 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-51628-ERW
Jon Lewin                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 5           Date Rcvd: Jun 11, 2012
                              Form ID: pdf006          Total Noticed: 194

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2012.

```
db         +Jon Lewin,    1145 Hohlfelder Road,    Glencoe, IL 60022-1018
18304472    2G2B, LLC,    c/o Registered Agent - Steven Sarbacker,    Cutler & Donahoe LLP,
             100 N Phillips Ave, PO Box 1400,    Sioux Falls, SD 57101-1400
18304471   +2G2B, LLC,    c/o Steven Sarbacker - Registered Agent,    Cutler & Donahoe LLP,
             100 N Phillips Ave, PO Box 1400,    Sioux Falls, SD 57104-6725
18304473    A & M Services Inc.,    P.O. Box 230,    Spencer, IA 51301-0230
18304474    A B Dick,    1430 Tri-View Avenue,    Sioux City, IA 51103-5294
18304475    A Sweep and a Smile,    4317 North Colorado,    Sioux Falls, SD 57107-6841
18304477   +ADP Inc.,    504 Clinton Center Drive, Suite 4400,    Clinton, MS 39056-5610
18304483    AMERIGAS,    959 Highway 59 and 60 S,    Worthington, MN 56187-8604
18304485   +API Foils Inc.,    329 New Brunswick Avenue,    Rahway, NJ 07065-2928
18304487   +AT&T,    P.O. Box 105068,    Atlanta, GA 30348-5068
18304488   +AT&T Wireless,    P.O. Box 6428,    Carol Stream, IL 60197-6428
18656421   +AXIS Capital Inc,    308 North Locust Street,    Grand Island NE 68801-5985
18304476   +Accurate Die Specialists Inc.,    7667 Equitable Drive, Suite 103,    Eden Prairie, MN 55344-4621
18304478   +Advertising Arts Inc.,    3617 North 1st Avenue,    Sioux Falls, SD 57104-0707
18304480    American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
18304481    American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
18605323    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18304482   #+American Express Centurion Bank,    c/o Zwicker & Associates, P.C.,    The Heritage Office Center,
             7366 N. Lincoln Ave., Suite 404,    Lincolnwood, IL 60712-1741
18304486   +Apollo Playing Cards,    3243 South Jones Street,    Fort Worth, TX 76110-4310
18304489    Availability Employment Services,    4309 S. Racket Drive,    Sioux Falls, SD 57106-2257
18304490   +Axis Capital,    308 N. Locust Street,    P.O. Box 2555,    Grand Island, NE 68802-2555
18649174   +Axix Capital Inc,    308 North Locust Street,    Grand Island NE 68801-5969
18304491   +B&R Moll,    124 Railroad Drive,    Warminster, PA 18974-1449
18304492   +Baete Forseth,    4700 N. Northview Avenue,    Sioux Falls, SD 57107-0869
18304493   +Bank of America,    P.O. Box 26078,    Greensboro, NC 27420-6078
18304494    Bank of America,    P.O. Box 650070,    Dallas, TX 75265-0070
18304495    Bank of America,    P.O. Box 660807,    Dallas, TX 75266-0807
18304496   #Best Business Products,    621 W. Russell Street,    P.O. Box 2288,    Sioux Falls, SD 57101-2288
18304497    Bill Townsend,    P.O. Box 5113,    Sioux Falls, SD 57117-5113
18304498    Bindery Express,    7550 Corporate Way,    Eden Prairie, MN 55344-2045
18304500   +Bunjer Trucking Inc.,    805 S. Main Avenue,    Colton, SD 57018-2116
18304506   +CDW Direct LLC,    200 N. Milwaukee Avenue,    Vernon Hills, IL 60061-1577
18304501    Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
18304502   +Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
18594513    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18304503    Carlson Craft,    P.O. Box 8700,    Mankato, MN 56002-8700
18304504   +Carlton Financial Corporation,    1907 E. Wayzata Blvd.,    Suite 180,    Wayzata, MN 55391-2064
18304505   +Cartridge World,    5013 Louise Lane,    Sioux Falls, SD 57108-2268
18304507   +Central States Wire Products Inc.,    871 Edgerton,    Saint Paul, MN 55130-4199
18304508   +Century Link,    Business Services,    P.O. Box 52187,    Phoenix, AZ 85072-2187
18304510   +Cenveo,    14001 Inwood Road,    Dallas, TX 75244-4602
18304511   +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
18304512    Chase Visa,    PO Box 15153,    Wilmington, DE 19886-5153
18304513   +Chemical Marketing Corp.,    9945 Flanders Court N.E.,    Blaine, MN 55449-5927
18304514   +Chicago Glue Machine & Supply Co. Inc.,    750 N. Baker Drive,    Itasca, IL 60143-1308
18304515   +Cole Papers Inc.,    P.O. Box 2967,    Fargo, ND 58108-2967
18304516   +Color & Coating Services Inc.,    5915 S. 118th Circle, Suite 100,    Omaha, NE 68137-4437
18304517    Comcast Cable,    PO Box 3002,    Southeastern, PA 19398-3002
18304519   +Con Way Freight,    P.O. Box 982020,    North Richland Hills, TX 76182-8020
18304520   +Converted Images Inc.,    365 Criss Circle,    Elk Grove Village, IL 60007-1224
18304521   +Cook County Assessor,    County Bldg., Room 320,    118 N. Clark St.,    Chicago, IL 60602-1354
18304522    Corporate Disk Company,    P.O. Box 88491,    Chicago, IL 60680-1491
18304524    Cutler & Donahoe LLP,    100 North Phillips Avenue, 9th Floor,    Sioux Falls, SD 57104-6725
18304525   +D&R Bindery Service,    136 Peavey Circle,    Chaska, MN 55318-2347
18304526   +Dakota Corrugated Box Co.,    P.O. Box 1664,    4501 2nd Avenue,    Sioux Falls, SD 57104-0676
18304527    Dakotacare,    2600 West 49th Street,    P.O. Box 7406,    Sioux Falls, SD 57117-7406
18304529   +Ditek Inc.,    2910 West 3rd Street, #4,    Sioux Falls, SD 57104-2585
18304530    Duffey Paper Co.,    528 N. Washington Avenue,    Minneapolis, MN 55401-1287
18304532   +EFI Inc.,    1340 Corporate Center Curve,    Eagan, MN 55121-1233
18304531    Eastman Kodak Company,    3700 Gilmore Way,    Burnaby, BC
18304533   +Exact Software North America Inc.,    8800 Lyra Drive, Suite 220,    Columbus, OH 43240-2151
18304534   +Express Copy & Printing,    3810 S. Western Avenue,    Sioux Falls, SD 57105-6511
18304538   +FBO Garland Converting Corp.,    945 Larch Avenue,    Elmhurst, IL 60126-1128
18304535   #+Fairway Lawn Care & Snow Removal,    215 North Cardinal Drive,    Brandon, SD 57005-1074
18304536    Falls Express Transit,    P.O. Box 405,    Menomonee Falls, WI 53052-0405
18304537   +Fastenal Company,    1210 E. Benson,    Sioux Falls, SD 57104-0841
18304539   +FedEx,    942 S. Shady Grove Road,    Memphis, TN 38120-4117
18304540   +FedEx ERS,    P.O. Box 371741,    Pittsburgh, PA 15250-7741
18304542   +Finishbinders, Inc.,    1900 Delaware Avenue,    Des Moines, IA 50317-6343
18304543   +GC Services Limited Partnership,    Collection Agency Division,    PO Box 46960,
             Saint Louis, MO 63146-6960
```

```
District/off: 0752-1           User: ccabrales              Page 2 of 5                  Date Rcvd: Jun 11, 2012
                               Form ID: pdf006              Total Noticed: 194

18304548     +GPA Specialty Substrate Solutions,    8740 W. 50th Street,    McCook, IL 60525-3149
18656756     +General Electric Capital Corp,    Litigation Dept,    1010 Thomas Edison Blvd SW,
               Cedar Rapids,IA 52404-8247
18304544     +General Electric Capital Corporation,    Attn Dennis Duffary,    10 Riverview,
               Danbury, CT 06810-6268
18304545      Gerry & Kulm Ask, Prof LLC,    507 W. 10th Street,    P.O. Box 966,    Sioux Falls, SD 57101-0966
18304546      Get N Go Fleet Program,    1001 Service Road East,    Hwy 190, Suite 200,    Covington, LA 70433
18304550     +Great Western Bank,    100 North Phillips,    Sioux Falls, SD 57104-6725
18304549     +Great Western Bank,    200 E. 10th Street,    Sioux Falls, SD 57104-6361
18304551     +Guarantee Roofing of SD Inc.,    220 S. Marion Road,    Sioux Falls, SD 57107-0542
18304552     +Hander Inc. Plumbing & Heating,    2407 W. 5th Street,    Sioux Falls, SD 57104-5612
18304553      Heidelberg USA Inc.,    Atten: Valerie White,    1000 Gutenberg Drive,    Kennesaw, GA 30144-7028
18304554     +Herc u Lift,    5655 Hwy 12 W,    P.O. Box 69,    Maple Plain, MN 55359-0069
18916303     +Hewlett-Packard Financial,    Services Company,    Atten Christopher Marshall,
               200 Connell Drive Suite 5000,    Berkeley Heights NJ 07922-2816
18304557      Howalt McDowell Insurance Inc.,    P.O. Box 5113,    Sioux Falls, SD 57117-5113
18304558      Howe Heating & Plumbing Inc.,    712 E. 3rd Street,    Sioux Falls, SD 57103-0801
18304559     +Hunter Automotive Inc.,    1311 E. 54th North,    Sioux Falls, SD 57104-5501
18304560    #+IBM Credit, LLC,    4111 Northside Parkway,    Atlanta, GA 30327-3098
18304561     +Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
18304562     +Illinois Dept. of Employment Security,    Bankruptcy Unit Collection Subdivision,
               33 South State Street, 10th Floor,    Chicago, IL 60603-2803
18304563    #+Independent Graphic Services Inc.,    1187 W. Hawthorne Lane,    West Chicago, IL 60185-1913
18304564     +Independent Paper Group LLC,    807 Hampden Avenue,    Saint Paul, MN 55114-1201
18304565     +Indigo America Inc.,    420 Mountain Avenue,    Murray Hill, NJ 07974-2736
18304568     +Iowa Department of Revenue,    401 S.W. 7th Street, Suite C,    Des Moines, IA 50309-4604
18304569     +Janet Klinkhammer,    27309 Prairie Wind Road,    Tea, SD 57064-5400
18304570      Jason Evans,    Department of Revenue and Regulation,    445 East Capitol Ave,
               Pierre, SD 57501-3100
18304571      Jewish United Fund,    30 S. Wells Street,    Chicago, IL 60606-5056
18304572     +Jim’s Pallets,    2209 West 5th Street,    Sioux Falls, SD 57104-5609
18304573     +Julie Lewin,    1145 Hohlfelder Road,    Glencoe, IL 60022-1018
18304575     +Kansa Technology LLC,    3700 Oaks Drive,    Emporia, KS 66801-5136
18304576     +Label Source Inc.,    19027 S. Jodi Road, Unit E,    Mokena, IL 60448-8549
18304577      Laminations Unlimited,    1666-68 S. Wolf Road,    Wheeling, IL 60090-6516
18304578     +Lancer Label,    P.O. Box 644272,    Pittsburgh, PA 15264-4272
18304579     +Lead Area Chamber of Commerce,    160 W. Main Street,    Lead, SD 57754-1362
18304580      Liberty Envelope Corp.,    7550 Corporate Way,    Eden Prairie, MN 55344-2045
18304581      Lincoln National Life,    P.O. Box 0821,    Carol Stream, IL 60132-0821
18304582     +Litho Supply Co.,    1441 N. Topping,    P.O. Box 33473,    Kansas City, MO 64120-3473
18304583     +M&I Business Credit, LLC,    651 Nicollet Mall, Suite 450,    Minneapolis, MN 55402-1657
18304584     +Macs Inc.,    P.O. Box 1118,    Moorhead, MN 56561-1118
18304585     +MagnetStreet,    285 W. Loop Road,    Wheaton, IL 60189-2036
18304586     +Mallard Ink Company Inc.,    2800 Anthony Lane South,    Minneapolis, MN 55418-3234
18304587      Malloy Electric,    809 W. Russell,    Sioux Falls, SD 57104-1391
18304588     +Man Roland Inc.,    800 East Oak Hill Drive,    Westmont, IL 60559-5587
18304589     +Master Tag Stringers,    27333 Pioneer Road,    Wind Lake, WI 53185-2711
18304590      Mathison Company,    P.O. Box 333,    Fargo, ND 58107-0333
18304592      Mid American Energy,    P.O. Box 8020,    Davenport, IA 52808-8020
18619761     +Mid American Energy co,    POB 4350,    Davenport IA 52808-4350
18304593     +Midland Paper,    1860 S.E. Elm Street,    Minneapolis, MN 55414-2500
18304594     +Midwest Marketing LLC,    202 E. St. Joseph Street,    Rapid City, SD 57701-2917
18304596      Moberlys Print Shop,    804 W. Cherokee,    Sioux Falls, SD 57104-0341
18304597     +Muscle Bound Bindery Inc.,    701 Plymouth Avenue North,    Minneapolis, MN 55411-4247
18304602     +NICOR,    45 E. Palatine Road,    Prospect Heights, IL 60070-1811
18304598     +Navitor,    P.O. Box 927,    Waynesboro, PA 17268-0927
18304599     +Nestor Landscaping,    4729 S. Wolcott Avenue,    Chicago, IL 60609-4151
18304600     +New Line Noosh Inc.,    1300 Island Drive, Suite 201,    Redwood City, CA 94065-5170
18304603     +Nordica Warehouses Inc.,    P.O. Box 84410,    Sioux Falls, SD 57118-4410
18304604     +Nordstrom,    1700 7th Avenue,    Suite 300,    Seattle, WA 98101-4407
18304605     +Northstar Computer Forms Inc.,    7130 Northland Circle North,    Brooklyn Park, MN 55428-1530
18304606      O’Connor Company,    P.O. Box 86636,    Sioux Falls, SD 57118-6636
18304613      POPCO Inc.,    5405 Opportunity Court,    Minnetonka, MN 55343-9025
18304607     +Packaging Specialties, Inc.,    W130 N10751 Washington Drive,    Germantown, WI 53022-4447
18304608     +Patricia E. Rademacher,    Coston & Rademacher,    105 West Adams,    Suite 4100,
               Chicago, IL 60603-4109
18304609     +Peel & Stik Adhesive Products Inc.,    P.O. Box 727,    Lemont, IL 60439-7027
18304610     +Perfection Type Inc.,    1050 33rd Avenue SE,    Minneapolis, MN 55414-2787
18304611     +Pitman Company,    2650 2nd Street NE,    Minneapolis, MN 55418-2725
18304612     +Platinum Converting Inc.,    851 Expressway Drive,    Itasca, IL 60143-1323
18304614      Pressense Inc.,    13655 Main Street,    Lemont, IL 60439-5515
18304615    #+Print Right Printing,    308 North Marion Road,    Sioux Falls, SD 57107-0504
18304616     +Printers Service,    26 Blanchard Street,    Newark, NJ 07105-4784
18304617      Printgraphics,    P.O. Box 631039,    Cincinnati, OH 45263-1039
18304619      Qualified Presort Service Inc.,    601 E. 54th Street North,    Sioux Falls, SD 57104-0640
18304621     +Qwest Business Solutions,    6000 Parkwood Place,    Dublin, OH 43016-1213
18304623      RL Billings & Company,    2020 Indian Hills Drive, Suite 100,    Sioux City, IA 51104-1609
18304622      Riteway Business Forms Inc.,    3650 Kent Street,    Shoreview, MN 55126-7012
18304624     +Robert Breit,    606 E. Tan Tara Circle,    Sioux Falls, SD 57108-4686
18304625    #+Rohner Engraving,    3729 North Ravenswood Drive, Suite 117,    Chicago, IL 60613-3570
```

```
District/off: 0752-1          User: ccabrales              Page 3 of 5                   Date Rcvd: Jun 11, 2012
                              Form ID: pdf006              Total Noticed: 194

18304626     +Rotadyne Inc.,    4220 Courtney Road,    Franksville, WI 53126-9795
18304630      SDN Communications,    P.O. Box 1817,    Sioux Falls, SD 57101-1817
18304628     +Sacred Heart Hospital,    2251 North Shore Drive,    Rhinelander, WI 54501-6710
18304629     +Schoeneman Bros. Company,    4000 South Western Avenue,    Sioux Falls, SD 57105-6591
18304631     +Shreiner Company,    1 Taylor Drive,    P.O. Box 347,   Killbuck, OH 44637-0347
18304632     +Sigler Fire Equipment,    710 N. Western Avenue,   Sioux Falls, SD 57104-2031
18304633     +Signs Plus Graphics,    601 S. Lions Avenue, Suite 300,   Sioux Falls, SD 57106-3993
18304634     +Sioux Equipment,    1310 E. 39th Street North,   Sioux Falls, SD 57104-0898
18304635     +Sioux Falls Convention & Visitors Bureau,    200 North Phillips Avenue, Suite 102,
               Sioux Falls, SD 57104-6059
18304636     +Sioux Falls Utilities,    1201 N. Western Avenue,   P.O. Box 74,   Sioux Falls, SD 57101-0074
18304637     +Sleepy Eye Industrial Knife,    22755 300th Avenue,   Sleepy Eye, MN 56085-4558
18304638     +Smurfit Stone,    100 E. Benson Road,   Sioux Falls, SD 57104-0761
18304639     +South Dakota Advertising Federation,    P.O. Box 82,   Sioux Falls, SD 57101-0082
18304640     +South Dakota Department of Revenue,    445 E. Capital Avenue,    Pierre, SD 57501-3100
18304641      Specialty Finishing Group,    100 Touhy Avenue,    Elk Grove Village, IL 60007
18304642     +Standard Dynamics Inc.,    1800 E. Cliff Road, Suite 1,   Burnsville, MN 55337-1375
18304643     +Stericycle,    2850 100th Court NE,    Blaine, MN 55449-5137
18304644     +Stern Oil Co.,    27923 Highway 81,    P.O. Box 218,   Freeman, SD 57029-0218
18304645     +T Brothers Logistics LLC,    P.O. Box 89405,    Sioux Falls, SD 57109-9405
18304648      TD Auto Finance,    PO Box 9001921,    Louisville, KY 40290-1921
18304479    ++THE AFFILAITED GROUP,    P O BOX 7739,    ROCHESTER MN 55903-7739
             (address filed with court: Affiliated Credit Services,    3055 41st St. NW, Suite 100,
               Rochester, MN 55901)
18304649      U.S. Environmental Protection Agency,    Raichard L. Nagle - Bankruptcy Contact,   US EPA Region 5,
               Mail Code: C-14J,    Chicago, IL 60604
18304656     +US Paper Counters,    138 Elizabeth Terrace,    P.O. Box 837,   Cairo, NY 12413-0837
18304650     +Uline,    2200 S. Lakeside Drive,    Waukegan, IL 60085-8311
18304651     +Unisource,    850 N. Arlington Heights Road,   Itasca, IL 60143-2885
18304652      United Enterprises,    10913 E. Circle,   Omaha, NE 68137-1223
18304653      United Mileage Plus,    PO Box 15153,   Wilmington, DE 19886-5153
18304654      Universal Engraving Inc.,    P.O. Box 15090,   Lenexa, KS 66285-5090
18304655     +Update Ltd.,    134 Peavey Circle,    Chaska, MN 55318-2347
18304657     +Village Utility Service Bill,    675 Village Court,   Glencoe, IL 60022-1609
18304658     +Wells Fargo Equipment Finance, Inc.,    733 Marquette Avenue, Suite 700,
               Minneapolis, MN 55402-2316
18304659     +Wells Fargo Equipment Finance, Inc.,    Investors Building,    733 Marquette Avenue, Suite 700,
               Minneapolis, MN 55402-2316
18304661     +Willis Inc.,    2900 W. Russell Street,   Sioux Falls, SD 57107-0706
18304662      Xcel Energy,    P.O. Box 8,   Eau Claire, WI 54702-0008
18304663     +Xpedx,    345 Industrial Boulevard NE,   Minneapolis, MN 55413-2998
18304664    #+Zwicker & Associates, P.C.,    7366 N. Lincoln Ave., Ste. 404,    Lincolnwood, IL 60712-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18304487     +E-mail/Text: g17768@att.com Jun 12 2012 03:24:19     AT&T,   P.O. Box 105068,
               Atlanta, GA 30348-5068
18886241     +E-mail/Text: bankruptcy@bbandt.com Jun 12 2012 01:06:07     BB&T Bankruptcy Section,
               PO Box 1847,   Wilson, NC 27894-1847
18304518     +E-mail/Text: legalcollections@comed.com Jun 12 2012 02:54:01     ComEd,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
18304523     +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2012 01:45:08     Culligan Water Conditioning,
               1510 West 51st Street,   Sioux Falls, SD 57105-6655
18304528      E-mail/Text: cio.bncmail@irs.gov Jun 12 2012 01:04:44     Department of the Treasury,
               Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
18304541     +E-mail/Text: jackie@fey-line.com Jun 12 2012 03:27:24     Fey Industries,   200 4th Avenue North,
               Edgerton, MN 56128-1286
18304547     +E-mail/Text: ally@ebn.phinsolutions.com Jun 12 2012 03:21:04     GMAC,   P.O. Box 380901,
               Bloomington, MN 55438-0901
18304555     +E-mail/Text: regina.knowlton@hp.com Jun 12 2012 04:32:10     Hewlett Packard Financial Services,
               420 Mountain Avenue,   Murray Hill, NJ 07974-2736
18304566      E-mail/Text: cio.bncmail@irs.gov Jun 12 2012 01:04:44     Internal Revenue Service,
               Mail Stop 5010 CHI,   230 S. Dearborn St.,   Chicago, IL 60604
18304567      E-mail/Text: theresa.gaspar@i-o-p.com Jun 12 2012 03:58:19     Interstate Office Products,
               P.O. Box 908,   Sioux Falls, SD 57101-0908
18304601     +Fax: 630-227-1550 Jun 12 2012 02:13:00     Nicoat,   1600 Glen Lake Avenue,
               Itasca, IL 60143-1005
18304618     +E-mail/Text: bankruptcy@unum.com Jun 12 2012 03:15:34     Provident Life & Accident Insurance Co.,
               1 Fountain Square,   Chattanooga, TN 37402-1307
18304620     +E-mail/Text: bklaw@centurylink.com Jun 12 2012 02:55:41     Qwest,   6000 Parkwood Place,
               Dublin, OH 43016-1213
18304646     +E-mail/Text: bankruptcynotices@tcfef.com Jun 12 2012 04:17:09     TCF Equipment Finance,
               11100 Wayzata Boulevard, Suite 801,    Minnetonka, MN 55305-5503
18304660      E-mail/Text: credit@westernstatesenvelope.com Jun 12 2012 04:16:04
               Western States Envelope Co.,   P.O. Box 88984,   Milwaukee, WI 53288-0984
                                                                                                TOTAL: 15
```

```
District/off: 0752-1           User: ccabrales             Page 4 of 5                Date Rcvd: Jun 11, 2012
                               Form ID: pdf006             Total Noticed: 194

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18304509*     +Century Link Business Services,    P.O. Box 52187,    Phoenix, AZ 85072-2187
18304556*     +Hewlett Packard Financial Services Co.,    420 Mountain Avenue,    Murray Hill, NJ 07974-2736
18304574*      Julie Lewin,    1145 Hohlfelder Road,    Glencoe, IL 60022-1018
18304647*     +TCF Equipment Finance, Inc.,    11100 Wayzata Boulevard, Suite 801,    Minnetonka, MN 55305-5503
18304484     ##+Ann Meyer,    514 N. Indiana Avenue,    Sioux Falls, SD 57103-0837
18304499     ##+Booklet Binding Inc.,    2200 Parkes Drive,    Broadview, IL 60155-3949
18304591     ##McGladrey & Pullen LLP,    200 N. Phillips Avenue, Suite 200,    Sioux Falls, SD 57104-6058
18304595     ##+Milo Belle Consultants, LLC,    P.O. Box 433,    Parkston, SD 57366-0433
18304627     ##RSM McGladrey, Inc.,    200 North Phillips Avenue, Suite 200,    Sioux Falls, SD 57104-6058
                                                                                       TOTALS: 0, * 4, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2012**                         **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales            Page 5 of 5                  Date Rcvd: Jun 11, 2012
                              Form ID: pdf006            Total Noticed: 194
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2012 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rebecca D. Rosenthal    on behalf of Debtor Jon Lewin rdr@ag-ltd.com
          Richard M Fogel    rfogel@shawgussis.com, IL72@ecfcbis.com
          TOTAL: 3

Case 11-51628 Doc 31 Filed 06/11/12 Entered 06/13/12 23:42:46 Desc Imaged
Certificate of Notice  Page 9 of 9