**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: LEWIN, JON                                           § Case No. 11-51628
                                                            §
                                                            §
Debtor(s)                                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $532,324.71 *(without deducting any secured claims)* | Assets Exempt: $538,158.99 |
| Total Distribution to Claimants: $10,017.50 | Claims Discharged Without Payment: $4,889,748.93 |
| Total Expenses of Administration: $1,982.50 | |

  3) Total gross receipts of $12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,113,479.36 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,982.50 | 1,982.50 | 1,982.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 91,385.23 | 94,410.67 | 94,410.67 | 10,017.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,960,882.22 | 1,463,279.73 | 1,463,279.73 | 0.00 |
| **TOTAL DISBURSEMENTS** | $8,165,746.81 | $1,559,672.90 | $1,559,672.90 | $12,000.00 |

    4) This case was originally filed under Chapter 7 on December 28, 2011. The case was pending for 7 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/26/2012          By: /s/RICHARD M. FOGEL
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America joint checking account ending x2 | 1129-000 | 890.78 |
| Couches, tables, chairs, televisions, appliances | 1129-000 | 2,500.00 |
| Miscellaneous books, cds and wall decorations. | 1129-000 | 100.00 |
| Wedding band, Seiko watch, Fossil Watch | 1129-000 | 250.00 |
| 2009 Jeep Wrangler with 78,852 miles. Title i/n/ | 1129-000 | 3,759.22 |
| 2007 Toyota FJ Cruiser with 93,420 miles. | 1129-000 | 4,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 489,100.47 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 624,378.89 | N/A | N/A | 0.00 |
| NOTFILED | TD Auto Finance | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,113,479.36** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| RICHARD M. FOGEL | 2200-000 | N/A | 32.50 | 32.50 | 32.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,982.50 | $1,982.50 | $1,982.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | South Dakota Department of Revenue | 5800-000 | 88,639.63 | 94,410.67 | 94,410.67 | 10,017.50 |
| NOTFILED | Cook County Assessor | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of the Treasury Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue Bankruptcy Section | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Dept. of Employment Security Bankruptcy Unit | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Iowa Department of Revenue | 5200-000 | 2,745.60 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Environmental Protection Agency Raichard | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $91,385.23 | $94,410.67 | $94,410.67 | $10,017.50 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Interstate Office Products | 7100-000 | 375.12 | 375.12 | 375.12 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 26,795.18 | 36,279.19 | 36,279.19 | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | 16,120.20 | 15,770.20 | 15,770.20 | 0.00 |
| 4 | Mid American Energy co | 7100-000 | 339.35 | 24.65 | 24.65 | 0.00 |
| 5 | Bill Townsend | 7100-000 | 21,992.00 | 7,389.00 | 7,389.00 | 0.00 |
| 6 | Axix Capital Inc | 7100-000 | 144,618.70 | 27,111.96 | 27,111.96 | 0.00 |
| 7 | Axix Capital Inc | 7100-000 | N/A | 27,111.96 | 27,111.96 | 0.00 |
| 8 | Heidelberg USA Inc. | 7100-000 | 7,341.01 | 7,341.01 | 7,341.01 | 0.00 |
| 9 | General Electric Capital Corp | 7100-000 | 3,043,766.65 | 976,164.80 | 976,164.80 | 0.00 |
| 11 | BB&T Bankruptcy Section | 7100-000 | N/A | 22,985.50 | 22,985.50 | 0.00 |
| 12 | Hewlett-Packard Financial Services | 7100-000 | 352,934.07 | 335,456.83 | 335,456.83 | 0.00 |
| 13 | Availability Employment Services | 7200-000 | 7,269.51 | 7,269.51 | 7,269.51 | 0.00 |
| NOTFILED | A & M Services Inc. | 7100-000 | 7,200.87 | N/A | N/A | 0.00 |
| NOTFILED | A B Dick | 7100-000 | 1,324.04 | N/A | N/A | 0.00 |
| NOTFILED | A Sweep and a Smile | 7100-000 | 127.20 | N/A | N/A | 0.00 |
| NOTFILED | Accurate Die Specialists Inc. | 7100-000 | 8,055.73 | N/A | N/A | 0.00 |
| NOTFILED | Action Professional Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ADP Inc. | 7100-000 | 1,478.77 | N/A | N/A | 0.00 |
| NOTFILED | Advertising Arts Inc. | 7100-000 | 2,829.50 | N/A | N/A | 0.00 |
| NOTFILED | Affiliated Credit Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 16,829.15 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 15,770.20 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | AMERIGAS | 7100-000 | 85.51 | N/A | N/A | 0.00 |
| NOTFILED | Ann Meyer | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | API Foils Inc. | 7100-000 | 159.75 | N/A | N/A | 0.00 |
| NOTFILED | Apollo Playing Cards | 7100-000 | 1,301.19 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 6.18 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Wireless | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| NOTFILED | B&R Moll | 7100-000 | 1,462.64 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Baete Forseth | 7100-000 | 656.39 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 624,417.37 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 507,785.86 | N/A | N/A | 0.00 |
| NOTFILED | Best Business Products | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | Bindery Express | 7100-000 | 1,119.18 | N/A | N/A | 0.00 |
| NOTFILED | Booklet Binding Inc. | 7100-000 | 6,069.63 | N/A | N/A | 0.00 |
| NOTFILED | Bunjer Trucking Inc. | 7100-000 | 10,516.46 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlson Craft | 7100-000 | 11.52 | N/A | N/A | 0.00 |
| NOTFILED | Carlton Financial Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cartridge World | 7100-000 | 282.55 | N/A | N/A | 0.00 |
| NOTFILED | CDW Direct LLC | 7100-000 | 845.82 | N/A | N/A | 0.00 |
| NOTFILED | Central States Wire Products Inc. | 7100-000 | 909.90 | N/A | N/A | 0.00 |
| NOTFILED | Century Link Business Services | 7100-000 | 326.64 | N/A | N/A | 0.00 |
| NOTFILED | Century Link Business Services | 7100-000 | 4.15 | N/A | N/A | 0.00 |
| NOTFILED | Cenveo | 7100-000 | 5,990.86 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 438.72 | N/A | N/A | 0.00 |
| NOTFILED | Chase Visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chemical Marketing Corp. | 7100-000 | 6,100.05 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Glue Machine & Supply Co. Inc. | 7100-000 | 511.90 | N/A | N/A | 0.00 |
| NOTFILED | Cole Papers Inc. | 7100-000 | 59.60 | N/A | N/A | 0.00 |
| NOTFILED | Color & Coating Services Inc. | 7100-000 | 153.25 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 284.30 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 374.21 | N/A | N/A | 0.00 |
| NOTFILED | Con Way Freight | 7100-000 | 3,080.45 | N/A | N/A | 0.00 |
| NOTFILED | Converted Images Inc. | 7100-000 | 4,484.13 | N/A | N/A | 0.00 |
| NOTFILED | Corporate Disk Company | 7100-000 | 1,688.24 | N/A | N/A | 0.00 |
| NOTFILED | Culligan Water Conditioning | 7100-000 | 117.66 | N/A | N/A | 0.00 |
| NOTFILED | Cutler & Donahoe LLP | 7100-000 | 17,218.30 | N/A | N/A | 0.00 |
| NOTFILED | D&R Bindery Service | 7100-000 | 1,114.00 | N/A | N/A | 0.00 |
| NOTFILED | Dakota Corrugated Box Co. | 7100-000 | 2,525.10 | N/A | N/A | 0.00 |
| NOTFILED | Dakotacare | 7100-000 | 16,285.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ditek Inc. | 7100-000 | 756.44 | N/A | N/A | 0.00 |
| NOTFILED | Duffey Paper Co. | 7100-000 | 11,451.69 | N/A | N/A | 0.00 |
| NOTFILED | Eastman Kodak Company | 7100-000 | 7,373.01 | N/A | N/A | 0.00 |
| NOTFILED | EFI Inc. | 7100-000 | 4,908.46 | N/A | N/A | 0.00 |
| NOTFILED | Exact Software North America Inc. | 7100-000 | 38.94 | N/A | N/A | 0.00 |
| NOTFILED | Express Copy & Printing | 7100-000 | 118.68 | N/A | N/A | 0.00 |
| NOTFILED | Fairway Lawn Care & Snow Removal | 7100-000 | 1,592.65 | N/A | N/A | 0.00 |
| NOTFILED | Falls Express Transit | 7100-000 | 5,468.61 | N/A | N/A | 0.00 |
| NOTFILED | Fastenal Company | 7100-000 | 1,884.17 | N/A | N/A | 0.00 |
| NOTFILED | FBO Garland Converting Corp. | 7100-000 | 870.93 | N/A | N/A | 0.00 |
| NOTFILED | FedEx | 7100-000 | 79.19 | N/A | N/A | 0.00 |
| NOTFILED | FedEx ERS | 7100-000 | 1,501.21 | N/A | N/A | 0.00 |
| NOTFILED | Fey Industries | 7100-000 | 6,086.48 | N/A | N/A | 0.00 |
| NOTFILED | Finishbinders, Inc. | 7100-000 | 184.00 | N/A | N/A | 0.00 |
| NOTFILED | GC Services Limited Partnership Collection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | General Electric Capital Corporation | 7100-000 | 275,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Gerry & Kulm Ask, Prof LLC | 7100-000 | 445.20 | N/A | N/A | 0.00 |
| NOTFILED | Get N Go Fleet Program | 7100-000 | 241.62 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 7100-000 | 43,239.06 | N/A | N/A | 0.00 |
| NOTFILED | GPA Specialty Substrate Solutions | 7100-000 | 1,771.37 | N/A | N/A | 0.00 |
| NOTFILED | Great Western Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Guarantee Roofing of SD Inc. | 7100-000 | 826.08 | N/A | N/A | 0.00 |
| NOTFILED | Hander Inc. Plumbing & Heating | 7100-000 | 344.62 | N/A | N/A | 0.00 |
| NOTFILED | Herc u Lift | 7100-000 | 85.44 | N/A | N/A | 0.00 |
| NOTFILED | Hewlett Packard Financial Services Co. | 7100-000 | 9,032.54 | N/A | N/A | 0.00 |
| NOTFILED | Howalt McDowell Insurance Inc. | 7100-000 | 21,992.00 | N/A | N/A | 0.00 |
| NOTFILED | Howe Heating & Plumbing Inc. | 7100-000 | 185.50 | N/A | N/A | 0.00 |
| NOTFILED | Hunter Automotive Inc. | 7100-000 | 722.75 | N/A | N/A | 0.00 |
| NOTFILED | IBM Credit, LLC | 7100-000 | 99,937.70 | N/A | N/A | 0.00 |
| NOTFILED | IBM Credit, LLC | 7100-000 | 226,463.94 | N/A | N/A | 0.00 |
| NOTFILED | Independent Graphic Services Inc. | 7100-000 | 1,067.13 | N/A | N/A | 0.00 |
| NOTFILED | Independent Paper Group LLC | 7100-000 | 18,343.80 | N/A | N/A | 0.00 |
| NOTFILED | Indigo America Inc. | 7100-000 | 32,469.74 | N/A | N/A | 0.00 |
| NOTFILED | Janet Klinkhammer | 7100-000 | 18.02 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Jewish United Fund | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Jim's Pallets | 7100-000 | 368.00 | N/A | N/A | 0.00 |
| NOTFILED | Kansa Technology LLC | 7100-000 | 152.17 | N/A | N/A | 0.00 |
| NOTFILED | Label Source Inc. | 7100-000 | 428.72 | N/A | N/A | 0.00 |
| NOTFILED | Laminations Unlimited | 7100-000 | 242.94 | N/A | N/A | 0.00 |
| NOTFILED | Lancer Label | 7100-000 | 2,799.84 | N/A | N/A | 0.00 |
| NOTFILED | Lead Area Chamber of Commerce | 7100-000 | 149.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Envelope Corp. | 7100-000 | 3,949.85 | N/A | N/A | 0.00 |
| NOTFILED | Lincoln National Life | 7100-000 | 196.62 | N/A | N/A | 0.00 |
| NOTFILED | Litho Supply Co. | 7100-000 | 42.06 | N/A | N/A | 0.00 |
| NOTFILED | M&I Business Credit, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Macs Inc. | 7100-000 | 78.58 | N/A | N/A | 0.00 |
| NOTFILED | MagnetStreet | 7100-000 | 2,014.66 | N/A | N/A | 0.00 |
| NOTFILED | Mallard Ink Company Inc. | 7100-000 | 3,527.48 | N/A | N/A | 0.00 |
| NOTFILED | Malloy Electric | 7100-000 | 4,841.74 | N/A | N/A | 0.00 |
| NOTFILED | Man Roland Inc. | 7100-000 | 293.50 | N/A | N/A | 0.00 |
| NOTFILED | Master Tag Stringers | 7100-000 | 200.35 | N/A | N/A | 0.00 |
| NOTFILED | Mathison Company | 7100-000 | 24.58 | N/A | N/A | 0.00 |
| NOTFILED | McGladrey & Pullen LLP | 7100-000 | 3,545.70 | N/A | N/A | 0.00 |
| NOTFILED | Midland Paper | 7100-000 | 13,441.05 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Marketing LLC | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Milo Belle Consultants, LLC c/o AdamsGabbert | 7100-000 | 1,478.92 | N/A | N/A | 0.00 |
| NOTFILED | Moberlys Print Shop | 7100-000 | 2,428.00 | N/A | N/A | 0.00 |
| NOTFILED | Muscle Bound Bindery Inc. | 7100-000 | 1,508.77 | N/A | N/A | 0.00 |
| NOTFILED | Navitor | 7100-000 | 62.21 | N/A | N/A | 0.00 |
| NOTFILED | Nestor Landscaping | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | New Line Noosh Inc. | 7100-000 | 191.23 | N/A | N/A | 0.00 |
| NOTFILED | Nicoat | 7100-000 | 7,900.17 | N/A | N/A | 0.00 |
| NOTFILED | NICOR | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nordica Warehouses Inc. | 7100-000 | 665.42 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northstar Computer Forms Inc. | 7100-000 | 404.72 | N/A | N/A | 0.00 |
| NOTFILED | O'Connor Company | 7100-000 | 152.64 | N/A | N/A | 0.00 |
| NOTFILED | Packaging Specialties, Inc. | 7100-000 | 2,038.22 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Patricia E. Rademacher Coston & Rademacher | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peel & Stik Adhesive Products Inc. | 7100-000 | 27.95 | N/A | N/A | 0.00 |
| NOTFILED | Perfection Type Inc. | 7100-000 | 810.33 | N/A | N/A | 0.00 |
| NOTFILED | Pitman Company | 7100-000 | 65,439.60 | N/A | N/A | 0.00 |
| NOTFILED | Platinum Converting Inc. | 7100-000 | 96,147.27 | N/A | N/A | 0.00 |
| NOTFILED | POPCO Inc. | 7100-000 | 1,713.60 | N/A | N/A | 0.00 |
| NOTFILED | Pressense Inc. | 7100-000 | 2,173.60 | N/A | N/A | 0.00 |
| NOTFILED | Print Right Printing | 7100-000 | 351.50 | N/A | N/A | 0.00 |
| NOTFILED | Printers Service | 7100-000 | 613.27 | N/A | N/A | 0.00 |
| NOTFILED | Printgraphics | 7100-000 | 438.08 | N/A | N/A | 0.00 |
| NOTFILED | Provident Life & Accident Insurance Co. | 7100-000 | 135.95 | N/A | N/A | 0.00 |
| NOTFILED | Qualified Presort Service Inc. | 7100-000 | 9,461.15 | N/A | N/A | 0.00 |
| NOTFILED | Qwest | 7100-000 | 516.19 | N/A | N/A | 0.00 |
| NOTFILED | Qwest Business Solutions | 7100-000 | 322.84 | N/A | N/A | 0.00 |
| NOTFILED | Riteway Business Forms Inc. | 7100-000 | 859.90 | N/A | N/A | 0.00 |
| NOTFILED | RL Billings & Company | 7100-000 | 950.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Breit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rohner Engraving | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Rotadyne Inc. | 7100-000 | 625.00 | N/A | N/A | 0.00 |
| NOTFILED | RSM McGladrey, Inc. | 7100-000 | 1,579.40 | N/A | N/A | 0.00 |
| NOTFILED | Sacred Heart Hospital | 7100-000 | 2,624.75 | N/A | N/A | 0.00 |
| NOTFILED | Schoeneman Bros. Company | 7100-000 | 54.79 | N/A | N/A | 0.00 |
| NOTFILED | SDN Communications | 7100-000 | 702.78 | N/A | N/A | 0.00 |
| NOTFILED | Shreiner Company | 7100-000 | 712.43 | N/A | N/A | 0.00 |
| NOTFILED | Sigler Fire Equipment | 7100-000 | 322.24 | N/A | N/A | 0.00 |
| NOTFILED | Signs Plus Graphics | 7100-000 | 208.91 | N/A | N/A | 0.00 |
| NOTFILED | Sioux Equipment | 7100-000 | 1,680.72 | N/A | N/A | 0.00 |
| NOTFILED | Sioux Falls Convention & Visitors Bureau | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Sioux Falls Utilities | 7100-000 | 148.20 | N/A | N/A | 0.00 |
| NOTFILED | Sleepy Eye Industrial Knife | 7100-000 | 814.38 | N/A | N/A | 0.00 |
| NOTFILED | Smurfit Stone | 7100-000 | 31,821.50 | N/A | N/A | 0.00 |
| NOTFILED | South Dakota Advertising Federation | 7100-000 | 965.00 | N/A | N/A | 0.00 |
| NOTFILED | Specialty Finishing Group | 7100-000 | 21,091.98 | N/A | N/A | 0.00 |
| NOTFILED | Standard Dynamics Inc. | 7100-000 | 180.88 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Stericycle | 7100-000 | 1,579.88 | N/A | N/A | 0.00 |
| NOTFILED | Stern Oil Co. | 7100-000 | 158.92 | N/A | N/A | 0.00 |
| NOTFILED | T Brothers Logistics LLC | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF Equipment Finance | 7100-000 | 133,405.04 | N/A | N/A | 0.00 |
| NOTFILED | TCF Equipment Finance, Inc. | 7100-000 | 7,731.53 | N/A | N/A | 0.00 |
| NOTFILED | Uline | 7100-000 | 1,285.03 | N/A | N/A | 0.00 |
| NOTFILED | Unisource | 7100-000 | 590,306.08 | N/A | N/A | 0.00 |
| NOTFILED | United Enterprises | 7100-000 | 211.00 | N/A | N/A | 0.00 |
| NOTFILED | United Mileage Plus | 7100-000 | 5,588.48 | N/A | N/A | 0.00 |
| NOTFILED | Universal Engraving Inc. | 7100-000 | 747.88 | N/A | N/A | 0.00 |
| NOTFILED | Update Ltd. | 7100-000 | 1,593.33 | N/A | N/A | 0.00 |
| NOTFILED | US Paper Counters | 7100-000 | 693.07 | N/A | N/A | 0.00 |
| NOTFILED | Village Utility Service Bill | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Equipment Finance, Inc. | 7100-000 | 74,892.64 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Equipment Finance, Inc. Investors | 7100-000 | 157,475.73 | N/A | N/A | 0.00 |
| NOTFILED | Western States Envelope Co. | 7100-000 | 8,984.02 | N/A | N/A | 0.00 |
| NOTFILED | Willis Inc. | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Xcel Energy | 7100-000 | 7,060.34 | N/A | N/A | 0.00 |
| NOTFILED | Xpedx | 7100-000 | 117.19 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,960,882.22 | $1,463,279.73 | $1,463,279.73 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-51628  
**Case Name:** LEWIN, JON  

**Period Ending:** 07/26/12  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/28/11 (f)  
**§341(a) Meeting Date:** 02/14/12  
**Claims Bar Date:** 05/18/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Bank of America joint checking account ending x2<br>   Orig. Asset Memo: Imported from original petition Doc# 10 (See Footnote) | 193.50 | 0.00 | | 890.78 | FA |
| 2 | Couches, tables, chairs, televisions, appliances<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 5,675.00 | 2,500.00 | | 2,500.00 | FA |
| 3 | Miscellaneous books, cds and wall decorations.<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 300.00 | 100.00 | | 100.00 | FA |
| 4 | Personal clothing.<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wedding band, Seiko watch, Fossil Watch<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 500.00 | 250.00 | | 250.00 | FA |
| 6 | Bright Start college savings account (ending x22<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 39,018.47 | 0.00 | DA | 0.00 | FA |
| 7 | Bright Start college savings account (ending x08<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 38,545.12 | 0.00 | DA | 0.00 | FA |
| 8 | Bright Start college savings account (ending x23<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 39,241.36 | 0.00 | DA | 0.00 | FA |
| 9 | Bright Start college savings account (ending x21<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 38,212.61 | 0.00 | DA | 0.00 | FA |
| 10 | Pamco 401k Fidelity - balance as of 12/17/11<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 13,800.18 | 0.00 | DA | 0.00 | FA |
| 11 | Goldman Sachs Rollover IRA ending in x407-7 i/n/<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 361,441.25 | 0.00 | DA | 0.00 | FA |
| 12 | Sioux Printing, Inc. (100% shareholder) Dissolve | 0.00 | 0.00 | | 0.00 | 0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-51628  
**Case Name:** LEWIN, JON  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/28/11 (f)  
**§341(a) Meeting Date:** 02/14/12  

**Period Ending:** 07/26/12  
**Claims Bar Date:** 05/18/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 10 | | | | | |
| 13 | 2G2B, LLC (100% interest) Single asset real esta<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Meyoto LLC (50% interest)<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | Unknown | 0.00 | | 0.00 | 0.00 |
| 15 | Earned, but unpaid wages, for period of 12/26/11<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 565.72 | 0.00 | DA | 0.00 | FA |
| 16 | 2009 Jeep Wrangler with 78,852 miles. Title i/n/<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 11,100.00 | 3,759.22 | | 3,759.22 | FA |
| 17 | 2007 Toyota FJ Cruiser with 93,420 miles.<br>   Orig. Asset Memo: Imported from original petition Doc# 10 | 8,000.00 | 4,500.00 | | 4,500.00 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$558,093.21** | **$11,109.22** | | **$12,000.00** | **$0.00** |

RE PROP# 1    Amended Schedule B and C filed 2/23/12

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    June 11, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-51628  
**Case Name:** LEWIN, JON  

**Taxpayer ID #:** **-***5901  
**Period Ending:** 07/26/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******07-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/01/12 | | JON LEWIN | Proceeds of sale per o/c 4-25-12 | | 12,000.00 | | 12,000.00 |
| | {1} | | 890.78 | 1129-000 | | | 12,000.00 |
| | {2} | | 2,500.00 | 1129-000 | | | 12,000.00 |
| | {3} | | 100.00 | 1129-000 | | | 12,000.00 |
| | {5} | | 250.00 | 1129-000 | | | 12,000.00 |
| | {16} | | 3,759.22 | 1129-000 | | | 12,000.00 |
| | {17} | | 4,500.00 | 1129-000 | | | 12,000.00 |
| 07/11/12 | 101 | South Dakota Department of Revenue | 10.61% dividend on Claim # 10, Ref: | 5800-000 | | 10,017.50 | 1,982.50 |
| 07/11/12 | 102 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,982.50 | 0.00 |
| | | | Dividend paid 100.00%  1,950.00 on $1,950.00;  Claim# A; Filed: $1,950.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  32.50 on $32.50;  Claim# B; Filed: $32.50 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,000.00 | 12,000.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,000.00 | 12,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,000.00** | **$12,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******07-66 | 12,000.00 | 12,000.00 | 0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |

{} Asset reference(s)

Printed: 07/26/2012 12:32 PM    V.13.03